1

2

3

4

5

6

7

8         **UNITED STATES DISTRICT COURT**

9         **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   DAVID SCOTT HARRISON, | CASE NO. 06cv2470-BEN (AJB) |
| 12                              Plaintiff, | |
| 13 | **ORDER** |
| 14 | |
| 15         vs. | |
| 16   BONNIE M. DUMANIS. LARRY A. BURNS, et al., | |
| 17 | |
| 18                              Defendants. | |

19         The undersigned recuses himself from this case pursuant to 28 U.S.C. § 455(a) ("Any

20   justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding

21   in which his impartiality might reasonably be questioned.").

22         IT IS SO ORDERED.

23

24   DATED:  December 15, 2006

25   _____

26   Hon. Roger T. Benitez
     United States District Judge

27

28

- 1 -                                06cv2470