# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

David Scott Harrison,

     V.

Bonnie Dumanis,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   06cv2470RLH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the motion to dismiss is granted. The complaint is dismissed with prejudice...................................................
................................................................................................................................................................

| April 18, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson
(By) Deputy Clerk

ENTERED ON April 18, 2007

06cv2470RLH