# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT HARRISON,<br>CDC # E-62612,<br><br>                              Plaintiff,<br><br>vs.<br><br>BONNIE DUMANIS,<br><br>                              Defendant. | Civil No.   06cv2470-RLH<br><br>**AMENDED ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION IN LIGHT OF LATE REPLY**<br><br>[Doc. No. 20] |

On May 14, 2007, this Court denied Plaintiff's Motion for Reconsideration requesting the Court to reconsider its April 18, 2007 Order, which granted the Defendant's Motion to Dismiss and dismissed Plaintiff's Complaint with prejudice. On May 21, 2007, Plaintiff filed a Reply to Defendant's Opposition to the Motion for Reconsideration.

The Court has read and considered Plaintiff's Reply. The Motion for Reconsideration is **DENIED** for the reasons set forth in the Court's May 14, 2007 Order.

DATED:      June 12, 2007                    _____

**ROGER L. HUNT, Chief Judge**
United States District Court